ACCEPTED
06-14-00109-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/17/2015 4:16:36 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00109-CR

### IN THE COURT OF APPEALS
### SIXTH DISTRICT OF TEXAS
### AT TEXARKANA

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

6/17/2015 4:16:36 PM

DEBBIE AUTREY
Clerk

**MARLO DONTA PERSONS,**
**APPELLANT**

**V.**

**THE STATE OF TEXAS,**
**APPELLEE**

FILED IN
The Court of Appeals
Sixth District
06/23/15
Texarkana, Texas
Debra K. Autrey, Clerk

On Appeal from the 354th Judicial District Court
Of Hunt County, Texas
Trial Court Cause NO. 29,371
Honorable Richard A. Beacom, Judge Presiding

### APPELLANT'S TIMELY REQUEST FOR PANEL REHEARING

### OF THE COURT'S JUNE 2, 2015 JUDGMENT

### JUNE 17, 2015

**TARA N. LONG (SBN 24032680)**
**2656 S. LOOP W., SUITE 255**
**HOUSTON, TEXAS 77054**
**Tel. (713) 349-8896**
**Fax (713) 713-349-8863**
**E-mail: longlawfirm@gmail.com**

1

# **TABLE OF CONTENTS**

Table of Contents..…….…………………………..…………………………2

Introduction…….…………………………………………………………3

Argument…………………………………….........………………..……....3-4

Conclusion and Prayer.…………………………………………………….5

Certificate of Service…….…………………………………………………… 6

TO THE HONORABLE COURT OF APPEALS:

NOW COMES counsel for appellant and respectfully submits this request for a panel rehearing of the Court's June 2, 2015 judgment pursuant to the rules of the Texas Rules of Appellate Procedure.

## **INTRODUCTION**

This is a request for a rehearing on the Court's judgment by the panel of judges that issued the opinion of the court on June 2, 2015. The court has the complete record of the proceedings in the criminal case in the 354th District Court in Hunt County, Texas. Counsel for Appellant filed a motion for leave to file a supplemental brief on the hearing of the Motion to Suppress filed by the trial attorney. The district court held the hearing on the 18th day of February, 2014, wherein the Court denied the Motion to Suppress. Counsel for appellant failed to timely file the supplemental brief because of commitments of trial and other court procedures. The failure to raise the issues argued and complain of the acts of the arresting officer will be unjust to the appellant.

## **ARGUMENT**

Appellant submits that the Court's findings are erroneous in one distinct respect that develops into a threefold issue:

**The Court's Findings did not take into account the Motion to Suppress and critical argument of new case law in regards to the issue as viewed from the Supreme Court decision,** *Rodriguez vs. United States* **decided on April 21, 2015.**

The trial court improperly denied the Appellant's Motion To Suppress because there were no articulable facts or outside information, apart from the courtier profile elements that Trooper Zane Rhone, the officer that made the traffic stop and the arresting officer in this case, testified to at the hearing that he stated observed conduct of the driver of the vehicle that was indicative of a person taking part in drug related activities.

Trooper Zane Rhone when testifying and the dash cam video shows that Appellant was not told that he could leave the Texas Department of Public Safety Trooper's patrol vehicle and was being detained, although he had properly identified himself, and there was no law violation witnessed by Trooper Zane that would indicate that criminal activity was occurring and the traffic stop went beyond the scope of the traffic stop by the officer. Thus, the search was beyond the scope of the stop and the evidence should have been suppressed by the court at the hearing. Rodriguez v. United States, No. 13-9972, decided on April 21, 2015 and printed on April 22, 2015.

The panel was not made aware of the ruling by the United States Supreme Court and the outcome of their analysis of the evidence when making their ruling or judgment might have been materially affected.

## **CONCLUSION AND PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully prays that the court panel rehear the matters and reconsider the evidence as pronounced in Rodriguez v United States, NO. 13-9972 of the United States Supreme Court on April 21, 2015. Appellant further prays for all other lawful relief to which he may be entitled, at law or equity.

Respectfully submitted,

By: /s/ ***Tara N. Long***
Tara N. Long

Long Law Firm, PLLC
5626 S. Loop W., Suite 255
Houston, Texas 77054
713-349-8896 (ph.)
713-349-8863 (fax)

longlawfirm@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Appellant's Motion for Rehearing, was sent by First Class U. S. Mail, certified mail, requested to the following on this the 17th day of June, 2015:

MARLO DONTA PERSONS
TDJC#1939454                          ***VIA CMRRR# 7011 2970 0000 5132 6707***
Eastham Unit, 2665 Prison Rd. #1
Lovelady, Texas 75851


Ms. Lauren Hudgeons
Assistant District Attorney            ***VIA CMRRR# 7011 2970 0000 5133 6714***
Hunt County District Attorney
2507 Lee Street, 4th Floor
Greenville, TX 75401


/s/ ***Tara N. Long***
Tara N. Long